VINCENT R. LoCICERO *vs.* HENRY G. DEMERS.   November 29, 1962.
Order sustaining demurrer affirmed.   The declaration in contract alleged
(1) a writing by the defendant, dated September 19, 1957, granting to the
plaintiff "a first option" to buy described land owned by the defendant at
a price not to exceed $1,500; (2) a writing by the defendant, dated August
6, 1958, informing the plaintiff that, if he did not exercise his "option" by
August 18, 1958, the defendant would sell to another; (3) a writing by the
plaintiff, dated August 13, 1958, exercising the "option" and "offering"

$500 for the land; and (4) a sale by the defendant to another. A demurrer to the declaration was properly sustained. The writings of the defendant were at most an invitation for an offer within a stated maximum. The communication from the plaintiff was an offer which the defendant was free to accept or reject or ignore. *Cronin* v. *National Shawmut Bank,* 306 Mass. 202, 210, and cases cited.

*Vernon R. Fletcher* for the plaintiff.

*Philip P. Weiss* for the defendant.